KENNETH M. SORENSON
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 26, 2026 10:41 AM
Lucy H.Carrillo, Clerk of Court

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Michael.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. **CR 26-00049-RT** |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [16 U.S.C. §§ 1372(a)(2)(A), |
| | ) | 1375(b), 1538(a)(1)(B), and |
| IGOR MYKHAYLOVYCH | ) | 1540(b)(1)] |
| LYTVYNCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

INFORMATION

The United States Attorney charges:

Introductory Allegations

1.      Under the Endangered Species Act (ESA), 16 U.S.C. §§ 1538(a)(1)(B) and 1540(b)(1), it is a crime for any person subject to the jurisdiction of the United States to knowingly and unlawfully take any endangered species of fish or wildlife listed pursuant to 16 U.S.C. § 1533 within the United States or the territorial sea of the United States.  The Hawaiian monk seal (*Neomonachus schauinslandi*) is listed as an endangered species of wildlife.  *See* 16 U.S.C. § 1533; 50 C.F.R. § 17.11(h).

2.      Under the ESA, "take" means "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." 16 U.S.C. § 1532(19).

3.      The Marine Mammal Protection Act (MMPA) protects marine mammals, which means as relevant here, "any mammal which . . . is morphologically adapted to the marine environment (including . . . members of the order . . . Pinnipedia)." 16 U.S.C. § 1362(6)(A).  Seals are pinnipeds and are therefore marine mammals under the MMPA.

4.      The MMPA makes it a crime for any person to knowingly and unlawfully take any marine mammal in waters or on lands under the jurisdiction of the United States.  *See* 16 U.S.C. §§ 1372(a)(2)(A) and 1375(b).

4.      Under the MMPA, "take" means "to harass, hunt, capture, or kill, or attempt to harass, hunt, capture, or kill any marine mammal." 16 U.S.C. § 1362(13).

5.      Under the MMPA, "harassment" means "any act of pursuit, torment, or annoyance which: (i) has the potential to injure a marine mammal or marine mammal stock in the wild; or (ii) has the potential to disturb a marine mammal or marine mammal stock in the wild by causing disruption of behavioral patterns, including, but not limited to, migration, breathing, nursing, breeding, feeding, or sheltering." *See* 16 U.S.C. § 1362(18)(A).

6.      The MMPA defines "waters under the jurisdiction of the United States" to include the "territorial sea of the United States." 16 U.S.C. § 1362(15)(A).

7.      The United States' territorial sea extends to twelve nautical miles. *Argentine Republic v. Amerada Hess Shipping Corp.*, 488 U.S. 428, 441 n.8 (1989).

Count 1
Endangered Species Act – Illegal Take
(16 U.S.C. §§ 1538(a)(1)(B) and 1540(b)(1))

8.      The Introductory Allegations of this Information set forth in paragraphs 1-7 are re-alleged and incorporated by reference as if fully set forth herein.

9.    On or about May 5, 2026, in the District of Hawaii, IGOR MYKHAYLOVYCH LYTVYNCHUK, the defendant, a person subject to the jurisdiction of the United States, did knowingly and unlawfully take an endangered species of wildlife listed pursuant to 16 U.S.C. § 1533 within the United States and the territorial sea of the United States, specifically, LYTVYNCHUK harassed, harmed, pursued, hunt, wounded, and attempted to harass, harm, pursue, hunt, wound, and kill, a Hawaiian monk seal (*Neomonachus schauinslandi*).

All in violation of Title 16, United States Code, Sections 1538(a)(1)(B) and 1540(b)(1).

Count 2

Marine Mammal Protection Act – Illegal Take
(16 U.S.C. §§ 1372(a)(2)(A) and 1375(b))

10.    The Introductory Allegations of this Information set forth in paragraphs 1-7 are re-alleged and incorporated by reference as if fully set forth herein.

11.    On or about May 5, 2026, in the District of Hawaii, IGOR MYKHAYLOVYCH LYTVYNCHUK, the defendant, did knowingly and unlawfully take a marine mammal in water and on lands under the jurisdiction of the United States in that he did harass and hunt, and attempt to harass, hunt, and kill, a Hawaiian monk seal (*Neomonachus schauinslandi*).

All in violation of Title 16, United States Code, Sections 1372(a)(2)(A) and 1375(b).

DATED:  May 26, 2026, at Honolulu, Hawaii.


_____
KENNETH M. SORENSON
United States Attorney
District of Hawaii


_____
MICHAEL NAMMAR
Assistant U.S. Attorney


United States v. Igor Mykhaylovych Lytvynchuk
Information
Case No. **CR 26-00049-RT**