MYLES S. BREINER 4364
SEAN FITZSIMMONS 10693
ANDREW STRAND 10323
Law Office of Myles S. Breiner & Associates
1003 Bishop Street, Suite 2150
Honolulu, Hawaii 96813
Telephone: (808) 526-3426
Facsimile: (808) 521-7680
myles@breinerlaw.net
Attorneys for Defendant
IGOR MYKHAYLOVYCH LYTVYNCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IGOR MYKHAYLOVYCH LYTVYNCHUK,<br><br>Defendant. | Case No. CR 26-00049 RT<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE**<br><br>Magistrate Judge: Hon. Rom A. Trader |

**<u>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE</u>**

IT IS HEREBY STIPULATED by and between the parties herein that Defendant IGOR MYKHAYLOVYCH LYTVYNCHUK's conditions of release are modified as follows:

> (7h3) - Travel is restricted to the state of Washington, and the island of Oahu. Travel to the island of Oahu shall be for Court purposes only. Any travel to Oahu must be approved in advance by the USPPSO.

DATED: Honolulu, Hawaii, September 25, 2026.

KEN SORENSON
United States Attorney
District of Hawaii

By: */s/ Michael Nammar*
MICHAEL NAMMAR
Assistant U.S. Attorney

*/s/ Ashton Martin-Shigeyasu*
Ashton Martin-Shigeyasu
United States Probation Officer

*/s/ Myles S. Breiner*
MYLES S. BREINER
SEAN FITZSIMMONS
ANDREW STRAND
Attorneys for Defendant
IGOR MYKHAYLOVYCH
LYTVYNCHUK

**IT IS APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, September 25, 2026.

Rom A. Trader
United States Magistrate Judge

USA v. IGOR MYKHAYLOVYCH LYTVYNCHUK
Case No. CR 26-00049 RT
"Stipulation and Order Modifying Conditions of Release"